# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

June 23, 2009

Charles R. Fulbruge III
Clerk

No. 08-60607
Summary Calendar

ALMA VICTORIA RIVERA-MEJICANOS; CRISTOPHER A RIVERA

Petitioners

v.

ERIC H HOLDER, JR, U S ATTORNEY GENERAL

Respondent

Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A70 774 040
BIA No. A 70 774 041

Before GARZA, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Alma Victoria Rivera-Mejicanos and Cristopher A. Rivera, natives and citizens of Guatemala, have filed a petition for review of the Board of Immigration Appeals' (BIA) order denying their application for withholding of removal.

The petitioners argue that they are eligible for withholding for removal because they experienced past persecution and have a well-founded fear of

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

future persecution. This court reviews the BIA's rulings of law de novo and its findings of fact, including its findings regarding withholding of removal, for substantial evidence. *Zhu v. Gonzales*, 493 F.3d 588, 594 (5th Cir. 2007). Under the substantial evidence standard, this court may not reverse the BIA's factual findings unless the evidence compels a contrary conclusion. *Id.*

The record does not compel a conclusion contrary to the BIA's finding that the petitioners did not demonstrate past persecution on account of their race, religion, nationality, membership in a particular social group, or political opinion. *See id.* at 596-97; 8 C.F.R. § 1208.16(b)(1). The record also does not compel a conclusion contrary to the BIA's finding that the petitioners did not meet their burden of proof establishing that it was more likely than not that they would be persecuted on account of their race, religion, nationality, membership in a particular social group, or political opinion if they returned to Guatemala. *See* 8 C.F.R. § 1208.16(b)(2); *cf. Zhu*, 493 F.3d at 597. Accordingly, the petition for review is DENIED.